UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | No. 23-cr-117 (KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| Jason Dodd Bullard, | |
| Defendant. | |

This matter is before the Court on Defendant Jason Dodd Bullard's *pro se* Motion to Postpone Prison Reporting Date. Dkt. 43. On October 12, 2023, Mr. Bullard was sentenced to serve a term of imprisonment in the custody of the Bureau of Prisons ("BOP") for 51 months on his conviction for one count of wire fraud, 18 U.S.C. § 1343. Dkt. 40. Mr. Dodd was released pending execution of the sentence, subject to conditions, and ordered to report to the BOP on Tuesday, December 12, 2023. *See* Dkt. 39. Mr. Bullard now seeks to postpone his surrender date by an additional 60 days so that he can address a number of issues before he reports to the BOP. The government opposes his request, arguing that his motion is made on the eve of his surrender date, he has had sufficient time to get his affairs in order, and none of the reasons he provides justify postponing execution of his sentence. Dkt. 44.

The Court finds that a postponement of Mr. Bullard's surrender date by 30 days is warranted. This extension should provide sufficient time for Mr. Bullard to complete the tasks he describes in his motion, and in particular, to update his prescription medications.

Accordingly, the motion is granted in part and IT IS HEREBY ORDERED that Jason Dodd Bullard shall self-surrender to the Federal Prison Camp in Duluth, Minnesota, or to the U.S. Marshal Service in Minneapolis, Minnesota, by 12:00 p.m. on January 11, 2024.

Date: December 7, 2023

*s/Katherine Menendez*
Katherine Menendez
United States District Judge